73 So.3d 213 (2011)
In re AMENDMENTS TO the FLORIDA SUPREME COURT APPROVED FAMILY LAW FORMS AND the FLORIDA FAMILY LAW RULES OF PROCEDURE FORMS.
No. SC11-1314.
Supreme Court of Florida.
September 28, 2011.
*214 Susan Proctor, Office of Court Improvement, Tallahassee, FL, for Petitioner.
PER CURIAM.
This matter is before the Court for consideration of amendments to the Florida Supreme Court Approved Family Law Forms and the Florida Family Law Rules of Procedure Forms. We have jurisdiction. See art. V, § 2(a), Fla. Const.
Under Amendments to the Florida Family Law Rules of Procedure & Family Law Forms, 810 So.2d 1, 13-14 (Fla.2000), the Court internally reviews and maintains the Florida Supreme Court Approved Family Law Forms. Revisions to Florida Supreme Court Approved Family Law Forms have become necessary as a result of an amendment to Florida Rule of Judicial Administration 2.540, requiring all notices of court proceedings to contain the following statement in bold face, 14-point Times New Roman or Courier type:
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [identify applicable court personnel by name, address, and telephone number] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.
In re Amends. to Fla. Rule of Jud. Admin. 2.540, 41 So.3d 881, 883-84 (Fla.2010). The amendments to the Florida Supreme Court Approved Family Law Forms[1] are meant to conform existing language in the forms to the specific language required by rule 2.540. We also on our own motion amend Florida Family Law Rule of Procedure form 12.920(c), Notice of Hearing Before General Magistrate, to this same end.[2] Other minor and editorial amendments are also made to the forms.
Accordingly, the Florida Supreme Court Approved Family Law Forms are hereby amended as set forth in the appendix to this petition, fully engrossed and ready for use. The amendments shall become effective immediately upon release of this opinion. Because the amendments were not published for comment prior to adoption, interested persons shall have sixty days from the date of this opinion in which to file comments with the Court.[3] By adoption of these forms, we express no opinion as to their correctness or applicability. The forms discussed herein may also be accessed and downloaded from the Florida State Courts website at www.flcourts.org/ gen_public/family/forms_rules/index.shtml.
It is so ordered.
*215 CANADY, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and PERRY, JJ., concur.

APPENDIX

INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORMS 12.920(a), MOTION FOR REFERRAL TO GENERAL MAGISTRATE, 12.920(b), ORDER OF REFERRAL TO GENERAL MAGISTRATE, and 12.920(c), NOTICE OF HEARING BEFORE GENERAL MAGISTRATE (09/11)

When should these forms be used?
A general magistrate is an attorney appointed by a judge to take testimony and recommend decisions on certain matters connected with a divorce. These recommendations are then reviewed by the judge and are generally approved unless contrary to the law or the facts of the case. The primary purposes of having general magistrates hear family law matters are to reduce the costs of litigation and to speed up cases. Either party may request that their case, or portions of their case, be heard by a general magistrate by filing Motion for Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(a). You must also prepare an Order of Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(b), to submit to the judge assigned to your case.
Many times, the court, either on its own motion or under current administrative orders of the court, may refer your case to a general magistrate. Even in those instances, you may be required to prepare and submit an Order of Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(b), to the judge.
Once a general magistrate has been appointed to your case, the general magistrate will assign a time and place for a hearing as soon as reasonably possible after the referral is made. The general magistrate will give notice of that hearing to each of the parties directly or will direct a party or attorney in the case to file and serve a notice of hearing on the other party. If you are asked to send the notice of hearing, you will need to use the form entitled Notice of Hearing Before General Magistrate, Florida Family Law Rules of Procedure Form 12.920(c). Regardless of who prepares the notice of hearing, the moving party (the one who requested referral to the general magistrate) is required to have the notice properly served on the other party.
These forms should be typed or printed in black ink. After completing this form, you should file the original with the clerk of the circuit court in the county where your case is filed and keep a copy for your records.

What should I do next?
If you are filing a Motion for Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(a), you need to send or deliver your motion directly to the judge assigned to your case, along with an Order of Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(b), and an addressed, stamped envelope for each party in the case. The judge will then either grant or deny the motion, usually without a hearing.
If you are required to submit an Order of Referral to General Magistrate, Florida Family Law Rules of Procedure Form 12.920(b), to the judge assigned to your case, you will need to send or deliver the order directly to the judge, along with *216 addressed, stamped envelopes for each party in the case.
The party who prepares any of these forms must file the original with the clerk of the circuit court. A copy of the motion must be mailed or hand delivered to any other party in your case.

Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. For further information, see rule 12.490, Florida Family Law Rules of Procedure.

Special notes . . .
IMPORTANT: After the judge refers your case to a general magistrate, either party (including the party who was required to prepare and submit the Order of Referral) may object to the referral within 10 days of the date that the referral is made (if the Order of Referral is served by mail, the parties have an additional 5 days within which to object to the referral). Every litigant is entitled to have his or her case heard by a judge. However, before you decide to object to an Order of Referral to General Magistrate, you should consider the potential extra costs and time delays that may result from having a judge hear your case instead of a general magistrate. You may want to speak with an attorney in your area who can assist you in making a more informed decision regarding whether you should file an objection to an Order of Referral to General Magistrate.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*217
 IN THE CIRCUIT COURT OF THE ___________________ JUDICIAL CIRCUIT,
 IN AND FOR ___________________________ COUNTY, FLORIDA
 Case No: ____________________
 Division: ___________________
 _____________________________.
 Petitioner,
 and
 _____________________________.
 Respondent.
 MOTION FOR REFERRAL TO GENERAL MAGISTRATE
 I. {full legal name} _____________________, request that the Court enter an order
 referring this case to a general magistrate. The case should be referred to a general magistrate on the
 following issues: {explain}
 ________________________________________________________________________________________________________
 ________________________________________________________________________________________________________
 ________________________________________________________________________________________________________
 ________________________________________________________________________________________________________
 ________________________________________________________________________________________________________
 I certify that a copy of this document was [check one only] ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date} ____________________________________
 Other party or his/her attorney:
 Name: _____________________________
 Address: __________________________
 City, State, Zip: _________________
 Fax Number: _______________________
 Dated: ____________________________
 ___________________________________
 Signature of Party
 Printed Name: _____________________
 Address: __________________________
 City, State, Zip: _________________
 Telephone Number: _________________
 Fax Number: _______________________
*218
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I. {full legal name and trade name of nonlawyer} ____________________________,
 a nonlawyer, located at {street} ____________________________, {city} ____________________________,
 {state} ___________________, {phone} ____________________, helped {name} ________________________,
 who is the [ Check one only] ____ petitioner or ____ respondent, fill out this form.
*219
 IN THE CIRCUIT COURT OF THE _____________________ JUDICIAL CIRCUIT,
 IN AND FOR ______________________________ COUNTY, FLORIDA
 Case No: ________________________
 Division: _______________________
 _________________________________,
 Petitioner,
 and
 _________________________________,
 Respondent.
 ORDER OF REFERRAL TO GENERAL MAGISTRATE
 THIS CASE IS REFERRED TO THE GENERAL MAGISTRATE on the following issues:
 1. __________________________________________________________________________________
 2. __________________________________________________________________________________
 3. __________________________________________________________________________________
 4. __________________________________________________________________________________
 AND ANY OTHER MATTER RELATED THERETO.
 IT IS FURTHER ORDERED that the above issues are referred to General Magistrate
 {name}
 ________________________________________________________________________________,
 for further proceedings, under rule 12.490 of the Florida Family Law Rules of Procedure and current
 administrative orders of the Court. Financial Affidavits, Florida Family Law Rules of Procedure Form
 12.902(b) or (c), shall be filed in accordance with Florida Family Law Rule of Procedure 12.285. The
 General Magistrate is authorized to administer oaths and conduct hearings, which may include taking of
 evidence, and shall file a report and recommendations that contain findings of fact, conclusions of law,
 and the name of the court reporter, if any.
 The General Magistrate shall assign a time for the proceedings as soon as reasonably possible after this
 referral is made and shall give notice to each of the parties either directly or by directing counsel or a
 party to file and serve a notice of hearing.
 Counties within the State of Florida may have different rules. Please consult the ( ) Clerk of the Court
 ( ) Family Law Intake Staff ( ) other __________________________________________ relating to
 this procedure.
*220
 A REFERRAL TO A GENERAL MAGISTRATE REQUIRES THE CONSENT OF ALL PARTIES. YOU ARE
 ENTITLED TO HAVE THIS MATTER HEARD BY A JUDGE. IF YOU DO NOT WANT TO HAVE THIS MATTER
 HEARD BY THE GENERAL MAGISTRATE, YOU MUST FILE A WRITTEN OBJECTION TO THE REFERRAL
 WITHIN 10 DAYS OF THE TIME OF SERVICE OF THIS ORDER. IF THE TIME SET FOR THE HEARING IS LESS
 THAN 10 DAYS AFTER SERVICE OF THIS ORDER, THE OBJECTION MUST BE MADE BEFORE THE
 HEARING. IF THIS ORDER IS SERVED WITHIN THE FIRST 20 DAYS AFTER SERVICE OF PROCESS, THE
 TIME TO FILE AN OBJECTION IS EXTENDED TO THE TIME WITHIN WHICH A RESPONSIVE PLEADING IS
 DUE. FAILURE TO FILE A WRITTEN OBJECTION WITHIN THE APPLICABLE TIME PERIOD IS DEEMED TO
 BE A CONSENT TO THE REFERRAL.
 If either party files a timely objection, this matter shall be returned to the undersigned judge with a
 notice stating the amount of time needed for hearing.
 REVIEW OF THE REPORT AND RECOMMENDATIONS MADE BY THE GENERAL MAGISTRATE SHALL BE BY
 EXCEPTIONS AS PROVIDED IN RULE 12.490(f), FLORIDA FAMILY LAW RULES OF PROCEDURE. A
 RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT EXCEPTIONS.
 YOU ARE ADVISED THAT IN THIS CIRCUIT:
 a. ____ electronic recording is provided by the court. A party may provide a court reporter
 at that party's expense.
 b. ____ a court reporter is provided by the court.
 SHOULD YOU WISH TO SEEK REVIEW OF THE REPORT AND RECOMMENDATION MADE BY THE
 GENERAL MAGISTRATE, YOU MUST FILE EXCEPTIONS IN ACCORDANCE WITH RULE 12.490(f), FLORIDA
 FAMILY LAW RULES OF PROCEDURE. YOU WILL BE REQUIRED TO PROVIDE THE COURT WITH A
 RECORD SUFFICIENT TO SUPPORT YOUR EXCEPTIONS, OR YOUR EXCEPTIONS WILL BE DENIED. A
 RECORD ORDINARILY INCLUDES A WRITTEN TRANSCRIPT OF ALL RELEVANT PROCEEDINGS. THE
 PERSON SEEKING REVIEW MUST HAVE THE TRANSCRIPT PREPARED IF NECESSARY FOR THE COURT'S
 REVIEW.
 ORDERED on ________________.
 __________________________________________________________________________________________
 CIRCUIT JUDGE
 COPIES TO:
 Petitioner (or his or her attorney)
 Respondent (or his or her attorney)
 General Magistrate
*221
 IN THE CIRCUIT COURT OF THE _____________________ JUDICIAL CIRCUIT,
 IN AND FOR ______________________________ COUNTY, FLORIDA
 Case No: ________________________
 Division: ________________________
 _________________________________,
 Petitioner,
 and
 _________________________________,
 Respondent.
 NOTICE OF HEARING BEFORE GENERAL MAGISTRATE
 [fill in all blanks]
 TO: _________________________________________________________
 There will be a hearing before General Magistrate {name of general magistrate}________________, on
 {date} ____________, at {time} __________ m., in Room _________ of the
 _________________________
 Courthouse, on the following issues:
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 ______hour(s)/ _____ minutes have been reserved for this hearing.
 PLEASE GOVERN YOURSELF ACCORDINGLY.
 If the matter before the General Magistrate is a Motion for Civil Contempt/Enforcement, FAILURE TO
 APPEAR AT THE HEARING MAY RESULT IN THE COURT ISSUING A WRIT OF BODILY ATTACHMENT FOR
 YOUR ARREST. IF YOU ARE ARRESTED, YOU MAY BE HELD IN JAIL UP TO 48 HOURS BEFORE A
 HEARING IS HELD.
 PLEASE GOVERN YOURSELF ACCORDINGLY.
 This part to be filled out by the court or filled in with information you have obtained from the court:
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _______________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
*222
 SHOULD YOU WISH TO SEEK REVIEW OF THE REPORT AND RECOMMENDATION MADE BY THE
 GENERAL MAGISTRATE, YOU MUST FILE EXCEPTIONS IN ACCORDANCE WITH RULE 12.490(f), FLORIDA
 FAMILY LAW RULES OF PROCEDURE. YOU WILL BE REQUIRED TO PROVIDE THE COURT WITH A
 RECORD SUFFICIENT TO SUPPORT YOUR EXCEPTIONS, OR YOUR EXCEPTIONS WILL BE DENIED. A
 RECORD ORDINARILY INCLUDES A WRITTEN TRANSCRIPT OF ALL RELEVANT PROCEEDINGS. THE
 PERSON SEEKING REVIEW MUST HAVE THE TRANSCRIPT PREPARED IF NECESSARY FOR THE COURT'S
 REVIEW.
 YOU ARE HEREBY ADVISED THAT IN THIS CIRCUIT:
 a. ___ electronic recording is provided by the court. A party may provide a court reporter
 at that party's expense.
 b. ___ a court reporter is provided by the court.
 If you are represented by an attorney or plan to retain an attorney for this matter you should notify the
 attorney of this hearing.
 If this matter is resolved, the moving party shall contact the General Magistrate's Office to cancel this
 hearing.
 I certify that a copy of this document was [ check one only] ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date} ______________.
 Other party or his/her attorney:
 Name: _______________________________________
 Address: ____________________________________
 City, State, Zip: ___________________________
 Fax Number: _________________________________
 Dated: ___________________
 ____________________________________________
 Signature of Party
 Printed Name: ________________________________
 Address: _____________________________________
 City, State, Zip:_____________________________
 Telephone Number:_____________________________
 Fax Number:___________________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer} _____________________________________________,
 a nonlawyer, located at {street} ___________________________________, {city} __________________,
 {state} ______________, {phone} _____________, helped {name} ______________________________,
 who is the [check one only] ___ petitioner or ___ respondent, fill out this form.

INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.921, NOTICE OF HEARING (CHILD SUPPORT ENFORCEMENT HEARING OFFICER)(09/11)

When should this form be used?
A child support enforcement hearing officer is an attorney who has been appointed by administrative order of the court to take testimony and recommend decisions in cases involving the establishment, enforcement, and/or modification of child support. If your case only involves issues pertaining to child support, you cannot object to the referral of your case to a hearing officer.
*223 Use this form anytime you have set a hearing before a child support enforcement hearing officer and have been instructed to send notice of the hearing to the other party. Before you fill out this form, you should coordinate a hearing time and date with the hearing officer and the other party. If the Department of Revenue is a party to the case, you may need to schedule your hearing time with the attorney for the Department of Revenue.
This form should be typed or printed in black ink. After completing this form, you should file the original with the clerk of the circuit court in the county where your case is filed and keep a copy for your records.

What should I do next?
A copy of this form must be mailed or hand delivered to the other party in your case.

Where can I look for more information?
Before proceeding, you should read General Information for Self Represented Litigants found at the beginning of these forms. For further information, See Rule 12.941, Florida Family Law Rules of Procedure.

Special notes . . .
An attorney who has been appointed by the court to serve as a child support enforcement hearing officer can also be appointed to serve as a general magistrate. If your case involves only child support issues, your case may properly be referred to a general magistrate acting as a child support enforcement hearing officer.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*224
 IN THE CIRCUIT COURT OF THE ____________________ JUDICIAL CIRCUIT,
 IN AND FOR ____________________ COUNTY, FLORIDA
 Case No.: __________________________
 Division: ___________________________
 ______________________________________,
 Petitioner,
 and
 _____________________________________,
 Respondent.
 NOTICE OF HEARING (CHILD SUPPORT ENFORCEMENT HEARING OFFICER)
 TO: {name of other party}:
 ________________________________________________________________
 There will be a hearing before Child Support Enforcement Hearing Officer {name} __________________,
 on {date} _______, at {time} ____ m., in Room _____ of the ____________________ County
 Courthouse, on the following issues:
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 ____________________________________________________________________________________.
 _____ hour(s)/_____ minutes have been reserved for this hearing.
 If the matter before the Child Support Enforcement Hearing Officer is a Motion for Civil
 Contempt/Enforcement, FAILURE TO APPEAR AT THE HEARING MAY RESULT IN THE COURT ISSUING A
 WRIT OF BODILY ATTACHMENT FOR YOUR ARREST. IF YOU ARE ARRESTED, YOU MAY BE HELD IN JAIL
 UP TO 48 HOURS BEFORE A HEARING IS HELD.
 This part to be filled out by the court or filled in with information you have obtained from the court:
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _____________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number} at
 least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 If you are represented by an attorney or plan to retain an attorney for this matter, you should notify the
*225
attorney of this hearing.
 If this matter is resolved, the moving party shall contact the hearing officer's office to cancel this
 hearing.
 I certify that a copy of this document was [Choose only one] ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date}______________.
 Other party or his/her attorney:
 Name: ________________________________________
 Address: _____________________________________
 City, State, Zip: ____________________________
 Fax Number: __________________________________
 Email Address:________________________________
 Dated: _____________________
 _____________________________________________
 Signature of Party
 Printed Name: ______________________________
 Address: ___________________________________
 City, State, Zip: __________________________
 Telephone Number:___________________________
 Fax Number:_________________________________
 Email Address:______________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer} _____________________________________________,
 a nonlawyer, whose address is {street} _____________________________________________________,
 {city} ______________________________ (state} ____________, {phone} ________________________,
 helped {name} ________________________________________________________________________,
 who is the [Choose only one] ___ petitioner or ___ respondent, fill out this form.

*226 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.923, NOTICE OF HEARING (GENERAL) (09/11)

When should this form be used?
Anytime you have set a hearing before a judge, you must send notice of the hearing to the other party. IMPORTANT: If your hearing has been set before a general magistrate, you should use Notice of Hearing Before General Magistrate, Florida Family Law Rules of Procedure Form 12.920(c). If your hearing has been set before a child support enforcement hearing officer, you should use Notice of Hearing (Child Support Hearing Officer), Florida Supreme Court Approved Family Law Form 12.921.
This form should be typed or printed in black ink. After completing this form, you should file the original with the clerk of the circuit court in the county where your case was filed and keep a copy for your records.

What should I do next?
A copy of this form must be mailed or hand delivered to the other party in your case. If a default has been entered, you must still send this form to the other party to notify the other party of the final hearing.

Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. For further information on serving notices of hearing, see rule 1.090(d), Florida Civil Rules of Procedure.

Special notes . . .
To set a hearing date and time, you will usually have to make a good-faith effort to coordinate a mutually convenient date and time for you, the other parties in the case, and the judge, except in certain emergency situations. Some circuits may have additional procedural requirements that you must follow when you notify the court and other parties of your scheduled hearing. Therefore, before you complete this form, you should contact the clerk's office, family law intake staff, or judicial assistant for information regarding the proper procedure to follow.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*227
 IN THE CIRCUIT COURT OF THE ____________________ JUDICIAL CIRCUIT,
 IN AND FOR ____________________ COUNTY, FLORIDA
 Case No.: __________________________
 Division: __________________________
 ______________________________________,
 Petitioner,
 and
 _____________________________________,
 Respondent.
 NOTICE OF HEARING (GENERAL)
 [fill in all blanks]
 TO: {name of other party}: _______________________________________________________________
 There will be a hearing before Judge {name} ________________________________________________,
 on {date} ________________, at {time} ______________ m., in Room _____ of the _________________
 Courthouse, on the following issues: ____________________________________________________
 _____________________________________________________________________________________
 ____________________________________________________________________________________.
 _____ hour(s)/_____ minutes have been reserved for this hearing.
 This part is to be filled out by the court or to be filled in with information you obtained from the court:
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _____________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number} at
 least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 If you are represented by an attorney or plan to retain an attorney for this matter, you should notify the
 attorney of this hearing.
 If this matter is resolved, the moving party shall contact the judge's office to cancel this hearing.
*228
 I certify that a copy of this document was [Choose only one] ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date}_______________________.
 Other party or his/her attorney:
 Name: ________________________________________
 Address: _____________________________________
 City, State, Zip: ____________________________
 Fax Number: __________________________________
 Email Address:________________________________
 Dated: _____________________
 ______________________________________________
 Signature of Party
 Printed Name: ________________________________
 Address: _____________________________________
 City, State, Zip: ____________________________
 Telephone Number: ____________________________
 Fax Number: __________________________________
 Email Address:________________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer} _____________________________________________,
 a nonlawyer, whose address is {street} _____________________________________________________,
 {city} ______________________________ (state} ____________, {phone} ________________________,
 helped {name} ________________________________________________________________________,
 who is the [Choose only one] ___ petitioner or ___ respondent, fill out this form.

*229 INSTRUCTIONS FOR SUPREME COURT APPROVED FAMILY LAW FORMS 12.931(a), NOTICE OF PRODUCTION FROM NONPARTY and 12.931(b), SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY (09/11)

When should these forms be used?
These forms should be used if you need copies of documents (for a purpose relating to your case) from a nonparty in your case. Both forms should be typed or printed in black ink.
Notice of Production from Nonparty, Florida Supreme Court Approved Family Law Form 12.931(a), is used to notify the other party in your case that in 10 days you are going to subpoena documents from a nonparty. Subpoena for Production of Documents from Nonparty, Florida Supreme Court Approved Family Law Form 12.931(b), is the actual subpoena directing the nonparty to produce specific documents. You must file the originals of these forms with the clerk of the circuit court. A copy of these forms must be mailed or hand delivered to any other party in your case.

What should I do next?
Ten days after you serve the Notice of Production from Nonparty, Florida Supreme Court Approved Family Law Form 12.931(a), on the other party in your case (15 days if service is by mail), you should ask the clerk of the court to sign the subpoena. You should contact the deputy sheriff or private process server and have the subpoena personally served on the person named in the subpoena.

Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. Because these papers must also comply with rule 12.280, Florida Family Law Rule of Procedure, and rules 1.280, 1.350, 1.351, and 1.410, Florida Rules of Civil Procedure, you also should read those rules.

Special notes . . .
If the other party in your case objects in writing within 10 days (allow an additional 5 days if served by mail) of service of the Notice of Production from Nonparty, Florida Supreme Court Approved Family Law Form 12.931(a), you may not use this procedure to obtain documents from the nonparty unless and until the court orders otherwise.
The nonparty receiving the subpoena may charge you a reasonable fee for copies of the documents.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*230
 IN THE CIRCUIT COURT OF THE _________________ JUDICIAL CIRCUIT,
 IN AND FOR _______________COUNTY, FLORIDA
 Case No.: __________________
 Division: __________________
 _________________________,
 Petitioner,
 and
 __________________________,
 Respondent.
 NOTICE OF PRODUCTION FROM NONPARTY
 TO: __________________________________________________________________________________
 {all parties}
 YOU ARE NOTIFIED that, after 10 days from the date of service of this notice, the undersigned will apply
 to the clerk of this Court for issuance of the attached subpoena directed to {name of person,
 organization, or agency} __________________, who is not a party, to produce
 the items listed at the time and place specified in the subpoena. Objections to the issuance of this
 subpoena must be filed with the clerk of the circuit court within 10 days.
 I certify that a copy of this document was [Choose one only ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date} ________________________.
 Other party or his/her attorney (if represented) Other
 ________________________________________________ ________________________________________
 Printed Name Printed Name
 ________________________________________________ ________________________________________
 Address Address
 ________________________________________________ ________________________________________
 City, State, Zip City, State, Zip
 ________________________________________________ ________________________________________
 Telephone (area code and number) Telephone (area code and number)
 ________________________________________________ ________________________________________
 Fax (area code and number) Fax (area code and number)
 ________________________________________________ ________________________________________
 Email Address Email Address
*231
 Dated: _____________________________
 ___________________________________________
 Signature of Party
 Printed Name: ______________________________
 Address: ___________________________________
 City, State, Zip: __________________________
 Telephone Number: __________________________
 Fax Number: ________________________________
 Email Address:______________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer} _______________________,
 a nonlawyer, whose address is {street} _______________________________________,
 {city} __________________________, {state} _______, {phone}
 _____________________,
 helped {name} _____________________________________________________________, who is the
 [Choose one only] ____ petitioner or ____ respondent, fill out this form.
*232
 IN THE CIRCUIT COURT OF THE ______________ JUDICIAL CIRCUIT,
 IN AND FOR _____________ COUNTY, FLORIDA
 Case No.: ______________________________
 Division: ______________________________
 ______________________,
 Petitioner,
 and
 ______________________,
 Respondent.
 SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY
 THE STATE OF FLORIDA
 TO: ________________________________________________________________________________
 YOU MUST go to {place}______________________________________________________________, on
 {date} ______________, at {time} _________________, a.m./p.m. and bring with you at that time and
 place the following:_____________________________________________________________________
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 _____________________________________________________________________________________
 These items will be inspected and may be copied at that time. You will not have to leave the original
 items.
 You may obey this subpoena by providing readable copies of the items to be produced to the party or
 his/her attorney whose name appears on this subpoena on or before the scheduled date of production.
 You may condition the preparation of the copies upon payment in advance of the reasonable cost of
 preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena
 before the date indicated above, you do not have to appear in person.
 You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead
 of appearing as provided above; or (3) object to this subpoena.
 You can only be excused by the person whose name appears on this subpoena and, unless excused by
 that person of the Court, you shall respond as directed.
*233
 This part to be filled out by the court or filled in with information obtained from the court:
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _____________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 Dated:_______________________
 CLERK OF THE CIRCUIT COURT (SEAL)
 By:_______________________________________
 Deputy Clerk
 I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a
 person who is not a party to this action directing that person to produce documents or things without
 deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received
 by the undersigned within 10 days of service of this notice, if service was by hand delivery or
 appropriate facsimile transmission, and within 15 days if service was by mail.
 Dated: ___________________________
 ______________________________________________
 Signature of Party
 Printed Name: ____________________________________________________________
 Address: _________________________________________________________________
 City, State, Zip:_________________________________________________________
 Telephone Number:_________________________________________________________
 Fax Number:_______________________________________________________________
 Email Address: __________________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer}___________________________________________,
 a nonlawyer, whose address is {street}_____________________________________________________,
 {city} _____________, {state}______________, {phone}_____________________,
 helped {name} _____________________________________________________________________________,
 who is the [Choose one only] ____ petitioner or ____ respondent, fill out this form.
*234
 IN THE CIRCUIT COURT OF THE _____________________ JUDICIAL CIRCUIT,
 IN AND FOR ______________________________ COUNTY, FLORIDA
 Case No: ________________________
 Division: _______________________
 _________________________________,
 Petitioner,
 and
 _________________________________,
 Respondent.
 TEMPORARY INJUNCTION TO PREVENT REMOVAL OF MINOR CHILD(REN)
 AND/OR DENIAL OF PASSPORT SERVICES (EX PARTE)
 Upon verified motion of ( ) Petitioner ( ) Respondent, the Court has jurisdiction of the parties and the
 subject matter and the Court being fully advised, it is ORDERED and ADJUDGED that:
 NOTICE OF HEARING
 This Temporary Injunction to Prevent Removal of Child(ren) has been issued without prior notice to
 Respondent. Pursuant to Rule 1.610, Florida Rules of Civil Procedure, the other party may file a motion
 to dissolve or modify this temporary injunction and a hearing will be scheduled within 5 days of that
 motion.
 [Choose if applies]
 _____ If no motion to dissolve is filed, Petitioner and Respondent are instructed that they are scheduled
 to appear and testify at a hearing regarding this matter on {date}___________, at _______ a.m./p.m.,
 when the Court will consider whether the Court should continue, modify, or dissolve this Temporary
 Injunction to Prevent Removal of Child(ren) and/or Denial of Passport Services, which would remain in
 effect until modified or dissolved by the Court, and whether other things should be ordered, including
 who should pay the filing fees and costs. The hearing will be before The Honorable {name}
 ______________________________________________, at {room name/number, location, address, city}
 _________________________________________________________________________________,
 Florida. If Petitioner and/or Respondent do (does) not appear, this temporary injunction may be
 continued in force, extended, or dismissed, and/or additional orders may be issued, including the
 imposition of court costs.
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _____________________________________________________________________________________
*235
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 FINDINGS
 1. It appears from specific facts shown by verified motion that immediate and irreparable injury, loss,
 or damage will result to the minor child(ren) if a temporary injunction is not issued without notice to
 the other party.
 2. ( ) Petitioner's ( ) Respondent's attorney has certified in writing any efforts made to give notice.
 3. The reasons why notice should not be given are: _________________________________________
 ___________________________________________________________________________________
 ___________________________________________________________________________________
 ___________________________________________________________________________________
 TEMPORARY INJUNCTION
 [Choose all that apply]
 1. ____ The following child(ren) shall not be removed from the jurisdiction of this Court during the
 pendency of this proceeding, or until further order of this Court:
 Name Birth date
 ___________________________________________________________________________
 ___________________________________________________________________________
 ___________________________________________________________________________
 ___________________________________________________________________________
 ___________________________________________________________________________
 ___________________________________________________________________________
 2. ____ ( ) Petitioner ( ) Respondent shall not apply for any passports or passport services on behalf
 of the child(ren).
 3. ____ ( ) Petitioner ( ) Respondent shall immediately deliver any existing passports for the
 child(ren) to {name} ____________________________________________________.
 4. The Court may enforce compliance with the terms of this injunction through civil and/or indirect
 criminal contempt proceedings, which may include arrest, incarceration, and/or the imposition of a
 fine.
 5. Violation of this injunction may constitute criminal contempt of court.
 6. Bond.
 a. ___ Bond is waived because this injunction is issued solely to prevent physical injury or abuse of
 a natural person.
 b. ___ This order is conditioned upon ( ) Petitioner ( ) Respondent posting bond in the sum of
 $ _______ with the clerk of this Court.
*236
 Expiration. This injunction shall remain in effect until the minor child(ren) reach(es) the age of 18, until
 the hearing scheduled herein, if any, or {date}___________, whichever occurs first, unless modified by
 further order of this Court.
 DONE AND ORDERED at _________________________, Florida on {date} _________________.
 __________________________________________
 CIRCUIT JUDGE
 A copy of the {name of document(s)} ______________________________________________ was
 [Choose only one] ( ) mailed ( ) faxed and mailed ( ) hand delivered to the parties listed below on
 {date}________________ by {clerk of court or designee}______________________________________.
 Petitioner (or his or her attorney)
 Respondent (or his or her attorney)
 U.S. Department of State
 Office of Children's Issues
 2201 "C" Street NW
 CA/OCS/CI
 Washington, D.C. 20520
 Fax (202) 736-9133
 preventabduction@state.gov
*237
 IN THE CIRCUIT COURT OF THE ________________ JUDICIAL CIRCUIT,
 IN AND FOR _________________ COUNTY, FLORIDA
 Case No.: _________________________
 Division: _________________________
 ________________________,
 Petitioner,
 and
 _________________________,
 Respondent.
 ORDER TO PICK-UP MINOR CHILD(REN)
 An Emergency Verified Motion for Child Pick-Up Order has been filed by ( ) Petitioner ( ) Respondent,
 alleging facts which under existing law are determined to be sufficient to authorize taking into custody
 the minor child(ren) named below. Based on this motion, this Court makes the following findings,
 notices, and conclusions:
 JURISDICTION
 This Court has jurisdiction over issues surrounding the minor child(ren) listed below based on the
 following:
 [Choose all that apply]
 a. ____ This Court exercised and continues to exercise original jurisdiction over the minor children listed
 below under the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA), specifically,
 section 61.514, Florida Statutes.
 b. ____ A certified out-of-state custody decree has been presented to this Court with a request for full
 faith and credit recognition and enforcement under the Parental Kidnapping Prevention Act, 28
 U.S.C. Section 1738A. This Court has jurisdiction to enforce this decree under the UCCJEA,
 specifically sections 61.501-61.542, Florida Statutes.
 c. ____ By operation of Florida law governing the custody of or time-sharing with child(ren) born out of
 wedlock, this Court has jurisdiction over the child(ren) listed below because this (these) child(ren)
 was (were) born in the State of Florida and no prior court action involving the minor child(ren) has
 addressed a putative father's rights to time-sharing or other parental rights. See sections 742.031
 and 744.301, Florida Statutes.
 d. ___ Pursuant to the UCCJEA, specifically section 61.516, Florida Statutes, this Court has jurisdiction
 to modify a custody decree of another state and has consulted with the Court which took initial
 jurisdiction over the minor child(ren) to determine this authority.
 e. ___ Other:
 ___________________________________________________________________________
 NOTICE OF HEARING
 Because this Order to Pick-Up Minor Child(ren) has been issued without prior notice to the non-movant
 {name} _________________________________________________________________________, all
 parties involved in this matter are informed that they are scheduled to appear and testify at a hearing
 regarding this matter on {date} _______________, at {time} ______________, at which time the Court will
 consider whether the Court should issue a further order in this case, and whether other things should be
 ordered, including who should pay the filing fees and costs. The hearing will be before The Honorable
*238
 {name} ___________________________________________________ at {room name/number, location,
 address, city}__________________________________________________________________________,
 Florida. If a party does not appear, this order may be continued in force, extended, or dismissed, and/or
 additional orders may be issued, including the imposition of court costs.
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 _____________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 ORDER
 This Court ORDERS AND DIRECTS any and all sheriffs of the State of Florida (or any other authorized law
 enforcement officer in this state or in any other state) to immediately take into custody the minor
 child(ren) identified below from anyone who has possession and:
 1. ____ Place the minor child(ren) in the physical custody of {name} ________________ who ( )
 may ( ) may not remove the minor child(ren) from the jurisdiction of this Court.
 OR
 ___ Accompany the minor child(ren) to the undersigned judge, if the minor child(ren) is (are) picked
 up during court hours, for immediate hearing on the issue of custody or time-sharing. It is the
 intention of this Court that the nonmoving party, minor child(ren), and movant appear immediately
 upon service of this order before the undersigned judge, if available, or duty judge to conduct a hearing
 as to which party is entitled to lawful custody of the minor child(ren) at issue. It is not the intention of
 the court to turn over the child(ren) to the movant on an ex parte basis. Neither party should be
 permitted to remove the child(ren) from the jurisdiction of this Court pending a hearing. If unable to
 accomplish the above, the sheriff/officer shall take the child(ren) into custody and place them with the
 Department of Children and Family Services of the State of Florida pending an expedited hearing herein.
 OR
 ____ Place the minor child(ren) in the physical custody of {agency} ________________________
 who shall contact the undersigned judge for an expedited hearing. The sheriff/officer shall not delay
 the execution of this court order for any reason or permit the situation to arise where the nonmoving
 party is allowed to remove the child(ren) from the jurisdiction of this court.
 2. NEITHER PARTY OR ANYONE AT THEIR DIRECTION, EXCEPT PURSUANT TO THIS ORDER, MAY
 REMOVE THE CHILD(REN) FROM THE JURISDICTION OF THIS COURT PENDING FURTHER HEARING.
 SHOULD THE NONMOVING PARTY IN ANY WAY VIOLATE THE MANDATES OF THIS ORDER IN THE
 PRESENCE OF THE LAW ENFORCEMENT OFFICER, THIS OFFICER IS TO IMMEDIATELY ARREST AND
 INCARCERATE THE OFFENDING PARTY UNTIL SUCH TIME AS THE OFFENDING PARTY MAY BE
 BROUGHT BEFORE THIS COURT FOR FURTHER PROCEEDINGS.
 All sheriffs of the State for Florida are authorized and ORDERED to serve (and/or execute) and enforce
 this order in the daytime or in the nighttime and any day of the week, except as limited by this order
 above.
*239
 Except as limited by the above, if necessary, the sheriff/officer is authorized to take all reasonable,
 necessary, and appropriate measures to effectuate this order. The sheriff/officer shall not delay the
 execution of this order for any reason or permit the situation to arise where the child(ren) is (are)
 removed from the jurisdiction of this Court before execution of this order.
 The minor child(ren) is (are) identified as follows:
 Name Sex Birth date Race Physical Description
 ___________________________________________________________________________________________
 ___________________________________________________________________________________________
 ___________________________________________________________________________________________
 ___________________________________________________________________________________________
 ___________________________________________________________________________________________
 Current location/address of minor child(ren) or of party believed to have possession of the minor
 child(ren): _________________________________________________________________________________ _____________________________________________________________________________________________
 _____________________________________________________________________________________________
 _____________________________________________________________________________________________
 DONE AND ORDERED on at _______________________, Florida {date}_____________.
 __________________________________________________________________________________________________
 CIRCUIT JUDGE
 A copy of the {name of document(s)} ______________________________________________
 was [Choose only one] ( ) mailed ( ) faxed and mailed ( ) hand delivered to the parties listed below on
 {date}________________ by {clerk of the court or
 designee}_____________________________________.
 Petitioner (or his or her attorney)
 Respondent (or his or her attorney)
*240
 IN THE CIRCUIT COURT OF THE ____________________ JUDICIAL CIRCUIT,
 IN AND FOR ____________________ COUNTY, FLORIDA
 Case No.: ___________________________
 Division: ___________________________
 ______________________________________,
 Petitioner,
 and
 _____________________________________,
 Respondent.
 ORDER FOR TESTIMONY AND ATTENDANCE OF MINOR CHILD(REN)
 Upon motion of ( ) Petitioner ( ) Respondent for testimony or attendance of minor child(ren) in these
 proceedings, and the Court finding that a showing of good cause has been made in support of the
 motion, it is
 ORDERED that
 [Choose all that apply]
 1. _____ Minor child(ren), {name(s)} ______________________________________________________, be
 subpoenaed to appear at hearing now scheduled for {date} _______________.
 2. _____ Minor child(ren), {name(s)} ________________________________________________________,
 attend deposition of {name(s)} __________________________________________ now scheduled for
 {date} at {location} ____________________________________________________________________.
 3. ____ Minor child(ren)'s, {name(s)} _______________________________________________________,
 deposition be taken on {date} ______________ at {location}__________________________________
 ____________________________________________________________________________________.
 4. _____ Minor child(ren), {name(s)} _________________________________________________________
 be brought to court to attend hearing now scheduled for {date} ________________ at {location}
 ____________________________________________________________________________________.
 5. _____Minor child(ren), {name(s)} _________________________________________________________,
 be brought to court to testify in a hearing now scheduled for {date} _____________ at {location}
 ____________________________________________________________________________________.
 If the minor child or the person bringing the child is a person with a disability
 who needs any accommodation in order to participate in this proceeding,
 either is entitled, at no cost to them, to the provision of certain assistance.
 Please contact:
 _____________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before the scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
*241
Conditions or limitations concerning the minor child(ren), if any, include: _________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________
DONE AND ORDERED at _________________, Florida on _____________________.
CIRCUIT JUDGE _______________________________________
COPIES TO:
Petitioner (or his or her attorney)
Respondent (or his or her attorney)
Florida Supreme Court Approved Family Law Form 12.944(b), Order for Testimony and Attendance of Minor
Child(ren) (09/11)

*242 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.961, NOTICE OF HEARING ON MOTION FOR CONTEMPT/ENFORCEMENT (09/11)

When should this form be used?
Use this form anytime you have set a hearing on a Motion for Contempt/Enforcement, Florida Supreme Court Approved Family Law Form 12.960, for a support matter under rule 12.615, Florida Family Law Rules of Procedure. Before you fill out this form, you should coordinate a hearing time and date with the judge or hearing officer and the other party. If the Department of Revenue is a party to the case, you may need to schedule your hearing time with the attorney for the Department of Revenue.
If your case is to be heard by a child support enforcement hearing officer, the following information applies: A child support enforcement hearing officer is an attorney who has been appointed by administrative order of the court to take testimony and recommend decisions in cases involving the establishment, enforcement, and/or modification of child support, and the enforcement of alimony in conjunction with an ongoing child support arrearage order. If your case only involves issues pertaining to child support, you cannot object to the referral of your case to a hearing officer. If your case is going to be heard by a general magistrate, you should use Notice of Hearing Before General Magistrate, Florida Family Law Rules of Procedure Form 12.920(c).
This form should be typed or printed in black ink. After completing this form, you should file the original with the clerk of the circuit court in the county where your case was filed and keep a copy for your records.

What should I do next?
A copy of this form must be personally served by a sheriff or private process server or mailed or hand delivered to any other party(ies) in your case. Please note that if notice is mailed, the court in certain circumstances may not consider mailing to be adequate notice. This is a technical area of the law; if you have any questions about it, you should consult a lawyer. For more information on personal service, see the instructions for Summons: Personal Service on an Individual, Florida Family Law Rules of Procedure Form 12.910(a).

Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. For further information, see rules 12.615 and 12.941, Florida Family Law Rules of Procedure.

Special notes
An attorney who has been appointed by the court to serve as a child support enforcement hearing officer can also be appointed to serve as a general magistrate. If your case involves only child support issues, your case properly may be referred to a general magistrate acting as a child support enforcement hearing officer.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number *243 on the bottom of the last page of every form he or she helps you complete.
 IN THE CIRCUIT COURT OF THE ___________________ JUDICIAL CIRCUIT,
 IN AND FOR ___________________ COUNTY, FLORIDA
 Case No.: __________________________
 Division: ___________________________
 ______________________________________.
 Petitioner,
 and
 ______________________________________.
 Respondent.
 NOTICE OF HEARING ON MOTION FOR CONTEMPT/ENFORCEMENT IN SUPPORT MATTERS
 (RULE 12.615)
 TO: {name of other party} ___________________________________________________
 There will be a hearing before ____________________ {name of judge or hearing officer}, on
 {date}_____________, at {time} ______ m., in room _______ of the ____________________
 Courthouse, on the ( ) Petitioner's ( ) Respondent's Motion for Contempt in Support Matters.
 ____hour(s)/____ minutes have been reserved for this hearing.
 FAILURE TO APPEAR AT THE HEARING MAY RESULT IN THE COURT ISSUING A WRIT OF BODILY
 ATTACHMENT FOR YOUR ARREST. IF YOU ARE ARRESTED, YOU MAY BE HELD IN JAIL UP TO 48 HOURS
 BEFORE A HEARING IS HELD.
 This part to be filled out by the court or to be filled in with information obtained from the court:
 If you are a person with a disability who needs any accommodation in order
 to participate in this proceeding, you are entitled, at no cost to you, to the
 provision of certain assistance. Please contact:
 ________________________________________________________________________________
 {identify applicable court personnel by name, address, and telephone number}
 at least 7 days before your scheduled court appearance, or immediately upon
 receiving this notification if the time before the scheduled appearance is less
 than 7 days; if you are hearing or voice impaired, call 711.
 If you are represented by an attorney or plan to retain an attorney for this matter, you should notify the
 attorney of this hearing.
 If this matter is resolved, the moving party shall contact the judge or hearing officer's office to cancel
 this hearing.
 Florida Supreme Court Approved Family Law Form 12.961, Notice of Hearing on Motion for
 Contempt/Enforcement (09/11)
*244
 I certify that a copy of this document was [Choose only one] ( ) mailed ( ) faxed and mailed
 ( ) hand delivered to the person(s) listed below on {date} _____________.
 Other party or his/her attorney:
 Name: ____________________________________________
 Address: _________________________________________
 City, State, Zip: ________________________________
 Fax Number: ______________________________________
 Email Address: ___________________________________
 Dated: ___________________
 _________________________________________
 Signature of Party
 Printed Name: ____________________________
 Address: _________________________________
 City, State, Zip: ________________________
 Telephone Number: ________________________
 Fax Number: ______________________________
 Email Address: ___________________________
 IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
 all blanks]
 I, {full legal name and trade name of nonlawyer} ___________________________________________,
 a nonlawyer, whose address is {street}____________________________________________________,
 {city} ____________________________________ {state} ____________, {phone} _______________,
 helped {name} ________________________________________________________________________,
 who is the [Choose one only] ____ petitioner or ____ respondent, fill out this form.
 Florida Supreme Court Approved Family Law Form 12.961, Notice of Hearing on Motion for
 Contempt/Enforcement (09/11)
NOTES
[1] The Florida Supreme Court Approved Family Law Forms amended are forms 12.921, Notice of Hearing (Child Support Enforcement Hearing Officer); 12.923, Notice of Hearing (General); 12.931(a), Notice of Production from Nonparty; 12.931(b), Subpoena for Production of Documents from Nonparty; 12.941(b), Temporary Injunction to Prevent Removal of Minor Child(ren) and/or Denial of Passport Services (ex parte); 12.941(e), Order to Pick-up Minor Child(ren); 12.944(b), Order for Testimony and Attendance of Minor Child(ren); and 12.961, Notice of Hearing on Motion for Contempt/Enforcement.
[2] Minor editorial amendments are also made, on our own motion, to Florida Family Law Rule of Procedure forms 12.920(a) and (b).
[3] An original and nine paper copies of all comments must be filed with the Court on or before November 28, 2011. A separate request for oral argument must be filed if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case. Electronic copies of all comments also must be filed in accordance with the Court's administrative order in In re Mandatory Submission of Electronic Copies of Documents, Fla. Admin. Order No. AOSC04-84 (Sept. 13, 2004).